UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

MARIA ORTIZ, INDIVIDUALLY AND AS
NEXT FRIEND AND GUARDINAN OF
BABY A.O., ON BEHALF OF
THEMSELVES AND ALL OTHERS
SIMILARLY SITUATED

)  CIVIL ACTION NO. 1:19-op-45492
)  MDL NO. 1:17-md-02804

    Plaintiff,

)
)

  -vs-

)  O R D E R
)

PURDUE PHARMA, L.P.; PURDUE
PHARMA, INC; THE PURDUE
FREDERICK COMPANY, INC.,; ET AL

)
)
)
)

    Defendant,

)
)
)

In light of the failure by Plaintiff or Plaintiff's guardian to provide to the Court notice of replacement counsel, this action is DISMISSED without prejudice.

IT IS ORDERED.

Date: August 19, 2025

                                                     *s/Dan Aaron Polster*
                                                     Dan Aaron Polster
                                                     United States District Judge